## Commonwealth *v.* LeBron, Appellant.

Submitted December 7, 1970. *Alfred Marroletti,* for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Lilly, Appellant.

Argued December 11, 1970. *Mercea P. Mears,* Assistant Public Defender, for appellant; *Michael F. O'Brien,* Assistant District Attorney, with him *Ward F. Clark,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.